UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR VANZUYLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY TAYLOR, *et al.*,<br><br>　　　　Defendants. | No. 1:19-cv-01562-NONE-EPG<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 11) |

　　　　Plaintiff, Arthur Vanzuylen, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 6, 2020, the magistrate judge entered findings and recommendations recommending that plaintiff be allowed to proceed on his claims against defendants Zachary Taylor and U. Baniga for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and that all other claims be dismissed.  (Doc. No. 11.)

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days.  Plaintiff has not filed any objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the court hereby orders that:

1. The findings and recommendations entered March 6, 2020 (Doc. No. 11) are adopted in full;
2. Plaintiff may proceed on his claims against defendants Zachary Taylor and U. Baniga for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and
3. All other claims and defendants are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

UNITED STATES DISTRICT JUDGE