# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR VANZUYLEN,<br><br>        Plaintiff,<br><br>v.<br><br>ZACHARY TAYLOR, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01562-NONE-EPG (PC)<br><br>ORDER GRANTING REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 25) |

This matter has been referred for an early settlement conference. (ECF No. 21.) On July 21, 2020, Defendant(s) filed a request to opt out of the settlement conference or, in the alternative, for an extension of time to speak with Plaintiff. (ECF No. 25.) Defense counsel states that the California prisons continue to limit and minimize inmate and staff movement within prisons in an attempt to prevent the spread of COVID-19, and that telephone calls with staff and inmates are discouraged in an effort to avoid unnecessary movement. As a result, Defense counsel has not been able to discuss this case with Plaintiff.

Defense counsel also represents that, based on prior conversations with his supervisor, he believes that Defendants have a strong defense and counsel anticipates filing a motion for summary judgment. Defense counsel believes that, due to the strength of the defense, and the inability of counsel to discuss early settlement with Plaintiff, it is uncertain that an early settlement conference will be productive. Defense counsel therefore requests to opt out of the early settlement conference.

Defense counsel states, alternatively, that if the Court prefers that counsel attempt to confer with Plaintiff when possible, that the Court grant Defendants a sixty-day extension of time to do so.

The Court finds good cause to grant the request to opt out of an early settlement conference.[1] Accordingly, it is ORDERED that the request to opt out of an early settlement conference (ECF No. 25) is GRANTED.

IT IS SO ORDERED.

Dated:   **July 21, 2020**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] If, at a later date, defense counsel determines that a settlement conference would be productive, defense counsel may contact ADR Coordinator Sujean Park to schedule a settlement conference.

2