# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR VANZUYLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ZACHARY TAYLOR, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01562-NONE-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 33) |

Plaintiff Arthur Vanzuylen and Defendants Z. Taylor and U. Baniga have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 33.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**December 7, 2020**__                    /s/ *Erica P. Grosjean*
                                                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28